# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-1451

_____

William Larry Malott,

        Appellant,

    v.

Jim Bishop, Sheriff, Jackson County;
Charles Vaughn, Jail Administrator,
Jackson County,

        Appellees.

\*
\*
\*
\*
\*
\*  Appeal from the United States
\*  District Court for the
\*  Eastern District of Arkansas.
\*
\*  [UNPUBLISHED]
\*
\*

_____

Submitted: April 4, 2007
Filed: April 10, 2007

_____

Before RILEY, HANSEN, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate William Malott appeals the district court's[1] preservice dismissal of his 42 U.S.C. § 1983 action. After a de novo review, see Cooper v.

_____

[1]The Honorable J. Leon Holmes, Chief Judge, United States District Court for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable John J. Forster, Jr., United States Magistrate Judge for the Eastern District of Arkansas.

<u>Schriro</u>, 189 F.3d 781, 783 (8th Cir. 1999) (per curiam), we conclude dismissal was proper. Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____